# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SKYLAR THERIOT** | * | CIVIL ACTION NO. _____ |
| | * | |
| **VERSUS** | * | JUDGE: _____ |
| | * | |
| **TEAM LABOR FORCE, LLC,** | * | MAG JUDGE:_____ |
| **ENVIRONMENTAL SAFETY AND** | * | |
| **HEALTH CONSULTING SERVICES, LLC** | | |
| **AND O'BRIEN'S RESPONSE** | * | |
| **MANAGEMENT, INC.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES

The Complaint of Skylar Theriot, an individual of the full age of majority and a citizen and resident of the State of Louisiana respectfully represents the following:

I.

Jurisdiction exists in this Honorable Court pursuant to the provisions of 28 U.S.C. § 1333 and is brought pursuant to the General Maritime Law of the United States, including but not limited to Section 905 (b) of the Longshore and Harborworkers' Compensation Act, 33 U.S.C. Sec. 901, *et. seq.*

II.

This matter is identified as an admiralty or maritime claim in accordance with the provisions of Rule 9(h) of the Federal Rules of Civil Procedure.

III.

Made defendants herein are:

1

(1) **Team Labor Force, LLC ("TLF")**, an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Skylar Theriot, for claims of the nature asserted herein;

(2) **Environmental Safety and Health Consulting Services, LLC ("ES&H)**, an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Skylar Theriot, for claims of the nature asserted herein;

(3) **O'Brien's Response Management, Inc., ("O'Brien's")** an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Skylar Theriot, for claims of the nature asserted herein.

IV.

Venue is proper in this Honorable Court pursuant to the provisions of 28 U.S.C. § 1391 b(2).

V.

It is alleged that at all times pertinent hereto, Defendant, ES&H and/or TLF and/or O'Brien's, was the owner, owner *pro hac vice*, operator and/or charterer of a certain vessel known as the **M/S CAPTAIN BRUCE,** a vessel used daily to transport personnel to various work areas around the Gulf Coast to assist in oil spill recovery and clean-up operations in and around the Gulf.

VI.

It is further alleged that at all times pertinent hereto, the **M/S CAPTAIN BRUCE** was in navigation and was located upon the navigable waters of the United States off the coast of South Louisiana.

2

VII.

Plaintiff, Skylar Theriot, was engaged as a maritime worker and employed as a deckhand aboard the **M/S CAPTAIN BRUCE** by defendant TLF and/or ES&H as part of its oil clean-up services crew, and was at all times pertinent hereto subject to the safety instruction and direction of O'Brien's.  As part of his job duties and on a daily basis, Mr. Theriot performed routine maintenance operations aboard the vessel as well as assisted directly with oil spill clean-up and recovery operations at different respective worksites along the Coast.

VIII.

On or about November 28, 2011, Plaintiff left the dock in Grand Isle, Louisiana for his daily voyage aboard the **M/S CAPTAIN BRUCE** en route to his assigned clean-up destination. At the date and time in question, the **M/S CAPTAIN BRUCE** was on the navigable waters of the Gulf of Mexico en route to its destination when, suddenly and without warning, the vessel struck a sandbar and Plaintiff was thrown violently to the front of the boat striking his head and knee.  Plaintiff tumbled several times during the event in question, ultimately striking the front of the boat causing him to suffer severe and disabling injuries to his mind and body, including but not limited to his head, neck, back, and knee.

IX.

Plaintiff alleges that a legal cause of the aforementioned accident and injuries was the operational negligence of the defendants and its employees including but not limited to that of the captain of the **M/S CAPTAIN BRUCE**, and that said acts of negligence arose out of the defendants' actions as vessel owner.  Additionally, the accident and resulting injuries were caused by the negligence of the defendants in the other following particulars:

a) Failing to provide Plaintiff with a safe place to work;

b) Failing to prudently operate the vessel in question;

c) Failure to keep a proper lookout;

d) Operating the vessel while inattentive or distracted;

e) Failure to see what should have been seen and do what should have been done in order to prevent the accident sued upon herein;

f) Operating a vessel in a wanton and reckless manner with no regards for the rights and safety of others;

g) Failure to maintain proper control of the vessel;

h) Failure to maintain a safe distance from the sandbar;

i) Failing to properly supervise the task being performed;

j) Other acts of negligence to be shown at the trial on the merits.

X.

Because of said injuries, Plaintiff has endured pain and suffering, medical expenses, and mental anguish and will continue to so suffer and has sustained a loss of income and other employment related monies and benefits.

XI.

Plaintiff alleges, on information and belief, that he will in the future, because of said injuries and damages to his mind and body, endure pain and suffering and mental anguish as well as medical expenses, loss of income and other elements of damages, all of which entitles Plaintiff to reasonable damages.

**WHEREFORE**, Plaintiff Skylar Theriot prays that process due in the form of law and according to the Federal Rules of Civil Procedure issue against defendants, Team Labor Force, LLC, Environmental Safety and Health Consulting Services, LLC and O'Brien's Response

Management, Inc., directing them to appear and answer the matters aforesaid, and that after due proceedings have been had, there be judgment in favor of Skylar Theriot, for reasonable damages, together with legal interest from the date of occurrence until paid and for all costs of these proceedings. Plaintiff, Skylar Theriot, further prays for all general and equitable relief which the justice of the cause may require, and to which he may otherwise be entitled, and that all experts' fees be taxed as costs.

Respectfully Submitted:

**WILLIAMS LAW GROUP, L.L.C.**

*/s/ J. Christopher Zainey, Jr.*

_____
**CONRAD S.P. WILLIAMS, III (#14499)**
**J. CHRISTOPHER ZAINEY, JR. (#32022)**
435 Corporate Drive, Suite 101
Houma, LA 70360-2498
Telephone:  985-876-7595
Facsimile:   985-876-7594
duke@williamslawgroup.org
chris@williamslawgroup.org

**AND**

**HAIK, MINVIELLE & GRUBBS, L.L.P.**

*/s/ J.P. D'Albor*

_____
**J.P. D'ALBOR (#27423 )**
1017 East Dale Street
New Iberia, LA 70562-1040
Telephone: 337-365-5486
Facsimile:  337-367-7069
jpdalbor@hmg-law.com
*Attorneys for Plaintiff, Skylar Theriot*

**PLEASE SERVE:**
Team Labor Force, LLC
Through its registered agent for Service of Process
Eddie N. Pullaro
1054 W. Tunnel Blvd.
Houma, LA 70360

Environmental Safety and Health Consulting Services, Inc.
Through its registered agent for Service of Process
Charles M. Lacompte
1730 Coteau Rd.
Houma, LA 70364

O'Brien's Response Management, Inc
Through its registered agent for Service of Process
National Registered Agents, Inc.
1011 N. Causeway Blvd., Ste. 3
Mandeville, LA 70471