UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERIOT | CIVIL ACTION |
| VERSUS | NO: 12-2831 |
| TEAM LABOR FORCE, LLC ET AL. | SECTION: "J" (5) |

### ORDER

Before the Court is Defendant O'Brien's Response Management LLC's *Motion for Summary Judgment* (Rec. Doc. 43). Plaintiff filed a *Response of No Opposition* (Rec. Doc. 47) to O'Brien's motion (Rec. Doc. 43).

Accordingly,

**IT IS HEREBY ORDERED** that O'Brien's Response Management LLC's *Motion for Summary Judgment* (Rec. Doc. 43) is **GRANTED** as unopposed, and the oral argument scheduled for July 9, 2014, is <u>canceled</u>.

**IT IS FURTHER ORDERED** that all claims brought by Plaintiff against Defendant O'Brien's Response Management LLC in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, reserving to Plaintiff all claims against any other Defendants.

New Orleans, Louisiana, this 24th day of June, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE