UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ENVIRONMENTAL SAFETY & HEALTH CONSULTING SERVICES, INC. | CIVIL ACTION<br><br>NO: 13-565<br><br>SECTION: "J" (5) |

**ORDER**

The Court, having dismissed the only two claims filed in the above-captioned action for limitation of liability, and having entered default judgment (Rec. Doc. 26)[1] for the Plaintiff-in-Limitation, Environmental Safety and Health Consulting Services, LLC, against any and all persons, firms, or corporations who have not filed claims in the limitation action;

**IT IS HEREBY ORDERED** that the all claims in the above-captioned matter are **DISMISSED with prejudice**.

New Orleans, Louisiana this the 27th day of August, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

Note to clerk: Please file this Order in both 12-2831 and 13-565.

---

[1] The default judgment is filed in the record of case number 12-2831, a related case, but it pertains to the limitation proceeding, case number 13-565.